**UNPUBLISHED**

FILED:  June 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

No. 13-1839 (L)
(1:12-cv-01780-WMN)

————————————

JOYCE BARLOW

    Plaintiff - Appellee

v.

COLGATE PALMOLIVE COMPANY

    Defendant - Appellant

 and

JOHN CRANE-HOUDAILLE, INCORPORATED; E.L. STEBBING &
COMPANY, INC.; HAMPSHIRE INDUSTRIES, INC., f/k/a John H. Hampshire
Company; UNIVERSAL REFRACTORIES COMPANY; J.H. FRANCE
REFRACTORIES COMPANY; THE GOODYEAR TIRE & RUBBER
COMPANY, f/k/a Kelly Springfield Tire Company; MCIC, INC., and its remaining
Director Trustees, Robert I. McCormick, Elizabeth McCormick and Patricia
Schunk; CBS CORPORATION, a Delaware Corporation f/k/a Viacom, Inc.,
Successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a
Westinghouse Electric Corporation; METROPOLITAN LIFE INSURANCE
COMPANY; A.W. CHESTERTON COMPANY; CERTAINTEED
CORPORATION, individually and as successor to Bestwall Gypsum Co.; KAISER
GYPSUM COMPANY, INC.; UNION CARBIDE CORPORATION;
INTERNATIONAL PAPER COMPANY, individually and as successor in interest
to Champion International Corporation and U.S. Plywood Corp.; BAYER
CROPSCIENCE, INC., individually and as successor in interest to Benjamin Foster
Co., Amchem Products, Inc., H.B. Fuller Co., Aventis CropScience USA, Inc.,
Rhone-Poulenc AG Company, Inc., Rhone-Poulenc, Inc. and Rhodia, Inc.;
COOPER INDUSTRIES, INC., individually and as successors in interest to Crouse
Hinds Co.; PFIZER CORPORATION; SCHNEIDER ELECTRIC USA, INC., f/k/a

Square D Company, individually and as successor in interest to Electric Controller and Manufacturing Co.; GEORGIA-PACIFIC, LLC, individually and as successor to Bestwall Gypsum Co.; FOSTER WHEELER CORPORATION; THE WALLACE & GALE ASBESTOS SETTLEMENT TRUST; CONWED CORPORATION; GENERAL ELECTRIC COMPANY; GEORGIA PACIFIC CORPORATION, individually and as successor in interest to Bestwall Gypsum Co.

Defendants

————————————

No. 13-1840
(1:12-cv-01781-WMN)

————————————

CLARA G. MOSKO

Plaintiff - Appellee

v.

COLGATE PALMOLIVE COMPANY

Defendant - Appellant

and

JOHN CRANE-HOUDAILLE, INCORPORATED; E.L. STEBBING & CO., INCORPORATED; HAMPSHIRE INDUSTRIES, INC., f/k/a John H. Hampshire Company; UNIVERSAL REFRACTORIES COMPANY; J.H. FRANCE REFRACTORIES COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY, f/k/a Kelly Springfield Tire Company; MCIC, INC., and its remaining Director Trustees, Robert I. McCormick, Elizabeth McCormick and Patricia Schunk; CBS CORPORATION, a Delaware Corporation f/k/a Viacom, Inc.,f/k/a Westinghouse Electric Corporation; METROPOLITAN LIFE INSURANCE COMPANY; A.W. CHESTERTON COMPANY; CERTAINTEED CORPORATION, individually and as successor to Bestwall Gypsum Co.; KAISER GYPSUM COMPANY, INC.; UNION CARBIDE CORPORATION; INTERNATIONAL PAPER COMPANY, individually and as successor in interest to Champion International Corporation and U.S. Plywood Corp.; BAYER

CROPSCIENCE, INC., individually and as successor in interest to Benjamin Foster, Co., Amchem Products, Inc., H.B. Fuller Co., Aventis Cropscience USA, Inc., Rhone-Poulenc AG Company, Inc., Rhone-Poulenc, Inc. and Rhodia, Inc. ; COOPER INDUSTRIES, INC., individually and as successors in interest to Crouse Hinds Co.; PFIZER CORPORATION; SCHNEIDER ELECTRIC USA, INC., f/k/a Square D Company, individually and as successor in interest to Electric Controller and Manufacturing Co.; FOSTER WHEELER CORPORATION; THE WALLACE & GALE ASBESTOS SETTLEMENT TRUST; CONWED CORPORATION; GEORGIA-PACIFIC, LLC, individually and as successor to Bestwall Gypsum Co.; 3M COMPANY; MALLINCKRODT, INC.; CROWN, CORK & SEAL CO., INC.; KOPPERS COMPANY, INC.; WALTER E. CAMPBELL CO., INC.; KRAFFT-MURPHY COMPANY, individually and as successor to National Asbestos Company, a dissolved Delaware Corporation; AC&R INSULATION CO., INC.; COTY, INC.; JOHNSON & JOHNSON; LUZENAC AMERICA INC.; R.T. VANDERBILT COMPANY, INC.; BAYER CORPORATION, as successor in interest to Sterling Drug, Inc., and Sterling-Winthrop Inc.; GENERAL ELECTRIC COMPANY
        Defendants


## CORRECTED
## ORDER

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

This case is tentatively calendared for oral argument for the September 2014 session, September 16 – 19, 2014.



        For the Court

        /s/ Patricia S. Connor, Clerk